No. 71–1465. ROSENTHAL *v.* ARKANSAS LOUISIANA FINANCE CORP., 409 U. S. 1037;

No. 72–484. FELLAND *v.* SCHAEFER ET AL., 409 U. S. 1031;

No. 72–589. KRAUSE, ADMINISTRATOR *v.* OHIO, 409 U. S. 1052;

No. 72–5301. NUGENT *v.* UNITED STATES, 409 U. S. 1065;

No. 72–5313. DUNK ET AL. *v.* MANUFACTURERS LIGHT & HEAT CO., 409 U. S. 1078;

No. 72–5408. JACKSON *v.* BOHLINGER, 409 U. S. 1043;

No. 72–5420. OLDEN *v.* WILSON, WARDEN, ET AL., 409 U. S. 1044; and

No. 72–5515. HARMON *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 409 U. S. 1063. Petitions for rehearing denied.

JANUARY 26, 1973

No. A–789. VAUGHNS ET AL. *v.* BOARD OF EDUCATION OF PRINCE GEORGES COUNTY, MARYLAND, ET AL.; and

No. A–790. VAUGHNS ET AL. *v.* BOARD OF EDUCATION OF PRINCE GEORGES COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Applications for stays presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. MR. JUSTICE BRENNAN, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL took no part in the consideration or decision of these applications.

FEBRUARY 5, 1973

No. 72–750. SIEGEL ET UX. *v.* UNITED STATES. C. A. 9th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.